# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CHARLES E. JONES,<br><br>       Plaintiff,<br>v.<br><br>JEFFERSON CAPITAL SYSTEMS, LLC, and RAUSCH, STURM, ISRAEL, ENERSON, & HORNIK LLC,<br><br>       Defendants. | Case No. 16-CV-755-JPS<br><br><br>**ORDER** |

On April 24, 2017, the parties filed a joint stipulation of dismissal of this action with prejudice and without costs assessed to either party. (Docket #27). The Court herewith adopts that stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' stipulation of dismissal (Docket #27) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice and without costs.**

Dated at Milwaukee, Wisconsin, this 26th day of April, 2017.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge